# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **07-15318-JVA** |
| | § | |
| **OWEN, MARK N** | § | Chapter **7** |
| **OWEN, KAMELA R** | § | |
| | § | Judge: **AUG** |
| Debtor(s). | § | |

### NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $.60 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Internal Revenue Service<br>550 Main Street, Room 3525<br>Cincinnati, Ohio 45201 | 000002 | .60 |

Dated: 9/3/09

/s/ Eric W. Goering  
Eric W. Goering

cc:  U.S. Trustee